**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:08-cr-19** |
| | ) | **Judges Collier/Lee** |
| **CLENNETH J. HARRIS** | ) | |

## FINAL ORDER OF FORFEITURE

1.      On February 26, 2008, an Indictment was filed in the above-referenced case charging Defendant, Clenneth J. Harris, with distributing fifty grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance.

In the forfeiture allegations of the Indictment in the above-referenced case, the United States sought forfeiture of the interest of the above-named Defendant, pursuant to Title 21, United States Code, Section 853 in all properties that were used in connection with such violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

2.      The Defendant, Clenneth J. Harris, pled guilty on July 24, 2008 to Count One of the Indictment and agreed to forfeit his interest in the following properties:

(a)      Black Silverado Chevrolet pickup truck, VIN: 2GCEK19T9Y1147341, titled in the State of Tennessee in the name of CLENNETH J. HARRIS; and

(b)      $110.00 in United States currency seized from Defendant CLENNETH J. HARRIS, as alleged in Count One of the Indictment.

3.      On July 24, 2008,  this Court entered an Agreed Preliminary Order of Forfeiture pursuant to the guilty plea entered by the Defendant, Clenneth J. Harris, forfeiting to the United States his interest in and to the properties identified above.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), and the Agreed Preliminary Order of Forfeiture, a Notice of Forfeiture as to the properties described above, was published in the following: Chattanooga Times Free Press, a newspaper of general circulation in Chattanooga, Tennessee on three occasions: August 14, 21, and 28, 2008.   Proof of publication was filed on September 19, 2008.

The Notice of Forfeiture advised that any person, other than the Defendant, having or claiming a legal interest in the forfeited properties described herein, must file a petition with the Court within thirty (30) days of the final publication of the notice.  The notice further provided that the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

No other person, corporation, or entity has filed a claim as to the other properties listed above

It is therefore ORDERED, ADJUDGED AND DECREED:

1.      That the following properties be and the same are hereby forfeited to the United States, pursuant to Title 21, United States Code, Section 853 and all right, title and interest in said properties be and the same are hereby vested in the United States:

(a)      Black Silverado Chevrolet pickup truck, VIN: 2GCEK19T9Y1147341, titled in the State of Tennessee in the name of CLENNETH J. HARRIS; and

(b)      $110.00 in United States currency seized from Defendant CLENNETH J. HARRIS, as alleged in Count One of the Indictment.

2.      That the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), shall dispose of said forfeited properties according to law; and

2

3. That the Clerk of this Court provide the Bureau of Alcohol, Tobacco, Firearms and Explosives and the United States Attorney's Office with a certified copy of this Final Order of Forfeiture.

ENTER:


**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**


Submitted by:

JAMES R. DEDRICK
United States Attorney


By:     s/Robert C. Anderson
        Robert C. Anderson
        Assistant United States Attorney